■ In the Matter of Eric Bougades, Petitioner, v Corey Bedard, as Acting Director of Special Housing and Inmate Disciplinary Programs, Respondent. [41 NYS3d 920]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating a prison disciplinary rule.

Determination confirmed. No opinion.

Egan Jr., J.P., Devine, Clark, Mulvey and Aarons, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.